**Order entered July 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00288-CV

### IN RE ONCOR ELECTRIC DELIVERY COMPANY, LLC, Relator

**Original proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01615**

## ORDER

Before Justices Bridges, Carlyle and Osborne

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    DAVID L. BRIDGES
       JUSTICE
